

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00451-CV

**IN RE STATE FARM LLOYDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
               Marialyn Barnard, Justice
               Jason Pulliam, Justice

On July 20. 2015, relator State Farm Lloyds filed a petition for writ of mandamus and an opposed motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than August 13, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. The trial court's order signed July 16, 2015 requiring relator to produce specified documents in response to plaintiffs' requests for production is temporarily stayed pending final resolution of the mandamus petition filed in this court.

It is so **ORDERED** on July 22, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2014-CVF-001162 D1, styled *Raul Rodriguez and Noemi Rodriguez v. State Farm Lloyds and Felipe Farias*, and 2014-CVF-001048 D1, styled *Alma Pena v. State Farm Lloyds and Becky Lanier*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.